STATE OF NEW JERSEY, DEFENDANT IN ERROR, v. LUIGI GARZIO, PLAINTIFF IN ERROR.

Submitted October 25, 1935—Decided January 31, 1936.

For the defendant in error, *Erwin E. Marshall* and *Leo J. Rogers.*

For the plaintiff in error, *Meyer M. Semel.*

PER CURIAM.

The judgment under review herein should be affirmeed, for the reasons expressed in the opinion delivered by Mr. Justice Parker in the Supreme Court.

*For affirmance*—THE CHANCELLOR, LLOYD, CASE, DONGES, HEHER, PERSKIE, HETFIELD, DEAR, WELLS, WOLFSKEIL, RAFFERTY, JJ. 11.

*For reversal*—None.